USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Lucille Griswold, Clifford Griswold,

                          Plaintiffs,

          -against-

Wal-Mart Stores East, LP, John Doe,

                          Defendants.

-----------------------------------------------------------------X

7:22-CV-10477 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **November 30, 2023**, providing the Court with an update on the status of the case. The letter should provide an update on the status of mediation and detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
               October 16, 2023

                                             _____
                                             VICTORIA REZNIK
                                             United States Magistrate Judge