UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Griswold, et al.,

                                         Plaintiffs,

            -against-

Wal-Mart Stores East, LP et al.,

                                         Defendant.

-----------------------------------------------------------------X

7:22-cv-10477-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for February 6, 2024, at 11 AM.

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      SO ORDERED.

DATED:     White Plains, New York
                January 9, 2024

                                                                 VICTORIA REZNIK
                                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024