```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Lucille Griswold, Clifford Griswold,

                                  Plaintiffs,

             -against-

Wal-Mart Stores East, LP, John Doe,

                                  Defendants.
-----------------------------------------------------------------X

7:22-CV-10477-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **June 7, 2024**, providing the Court with an update on the status of settlement.

      **SO ORDERED.**

DATED:    White Plains, New York
                June 3, 2024

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge