

June 17, 2024

**Sent via PACER**
Magistrate Judge Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> *Plaintiffs' request to adjourn the June 18, 2024, pretrial conference is **GRANTED**. The conference is adjourned to **July 11, 2024, at 11:30 AM**.*
>
> **APPLICATION GRANTED**
>
> **Dated:** *June 17, 2024*
> Hon. Victoria Reznik, U.S.M.J.

    **Re:** *Griswold et al v. Wal-Mart Stores East, LP, et al.*
          U.S. District Court, Southern District of New York
          Case No.: 7:22-cv-10477-VR

Dear Honorable Magistrate Judge Victoria Reznik:

    I am writing to request an adjournment of tomorrow's pretrial conference in the above-captioned matter. The managing partner and counsel for the plaintiffs in this case, Kerryann Cook, wishes to be present, but unfortunately had to undergo emergency surgery on Friday and will be unable to appear tomorrow. We are able to provide medical records if Your Honor deems it necessary.

    We respectfully request to adjourn the date of the conference for either sometime next week or, if next week's dates do not work for the court, whenever this court can fit this into their schedule.

    We apologize for any inconvenience and greatly appreciate your understanding and assistance in this matter.

                                Respectfully submitted,

                                _____
                                Paige Schindler, Esq.
                                The Cook Group PLLC
                                115 Broadway, Suite 1602
                                New York, NY 10006
                                (646) 960-2214

| cc: | Thomas O'Connor, Esq. | Harry Feinberg, Esq. |
|---|---|---|
| | O'Connor & O'Connor, Esqs. | Howard A. Taylor, LLC |
| | 7 Bayview Avenue | 123 South Broad St., Suite #1310 |
| | Northport, NY 11768 | Philadelphia, PA 19110 |
| | (631) 261-7778 | (215) 732-9300 |