```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 8/13/2024 _
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Lucille Griswold, Clifford Griswold

                                   Plaintiffs,

                  -against-

Wal-Mart Stores East, LP, John Doe,

                                Defendants.
----------------------------------------------------------------X

7:22-cv-10477 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       The Court having been advised that all claims asserted in the above-entitled action

are settled, it is hereby **ORDERED** that the above entitled action be discontinued, without

costs to any party, subject to reopening should the settlement not be concluded within forty-

five (45) days of the date hereof.

       **SO ORDERED.**

DATED:    White Plains, New York
           August 13, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

1